Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Fort Worth Division

| | | |
|---|---|---|
| Heon Jong Yoo | ) | Case No. **4-22CV-133-P** |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| The Federal Bureau of Prison Director, South Central | ) | |
| Regional Director, FCI Fort Worth Warden, FCI Fort | ) | |
| Worth Healthcare Director, + see attachment | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Heon Jong Yoo |
| Street Address | 258 Dasan-Ro, Jung District |
| City and County | Seoul |
| State and Zip Code | Republic of Korea 04570 |
| Telephone Number | +821083890144 |
| E-mail Address | caeserpji2093@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Michael Carvajal |
| Job or Title *(if known)* | Director |
| Street Address | 320 First St NW |
| City and County | Washington |
| State and Zip Code | DC 20534 |
| Telephone Number | +1 202 307 3198 |
| E-mail Address *(if known)* | info@bop.gov |

Defendant No. 2

| | |
|---|---|
| Name | Heriberto Tellez |
| Job or Title *(if known)* | Regional Director |
| Street Address | US ARMED FORCES RESERVE CMPL |
| City and County | GRAND PRAIRIE |
| State and Zip Code | TX  75051 |
| Telephone Number | 972-730-8600 |
| E-mail Address *(if known)* | SCRO-ExecAssistant@bop.gov |

Defendant No. 3

| | |
|---|---|
| Name | Wagoner |
| Job or Title *(if known)* | Healthcare Director |
| Street Address | 3150 HORTON ROAD |
| City and County | FORT WORTH |
| State and Zip Code | TX  76119 |
| Telephone Number | 817-534-8400 |
| E-mail Address *(if known)* | FTW-ExecAssistant@bop.gov |

Defendant No. 4

| | |
|---|---|
| Name | Rodney Chandler |
| Job or Title *(if known)* | Warden |
| Street Address | 3150 HORTON ROAD |
| City and County | FORT WORTH |
| State and Zip Code | TX  76119 |
| Telephone Number | 817-534-8400 |
| E-mail Address *(if known)* | FTW-ExecAssistant@bop.gov |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331
Bivens 403 U.S. 388 (1971)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Heon Jong Yoo , is a citizen of the State of *(name)* South Korea .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Michael Carvajal , is a citizen of the State of *(name)* DC . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$200,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. I was assaulted by an inmate. Despite it is an universally recognized right and clearly being a self defense, the BOP refuse to recognize my right to self defense.
2. Due to being needlessly transported to SHU, I lost property and filed TORT claim. Despite their promise to get back to me by February 23rd of 2021, to the best of my recollection, they never did.
3. Because they have denied my access to contact lenses, I have suffered significant physical hardships.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Considering all the damages suffered, I am requesting total of around $200,000 as compensation for the damages caused against me.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          02/05/2022

Signature of Plaintiff

Printed Name of Plaintiff      Heon Jong Yoo

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Additional defendant list**

Amos - Health Services Coordinator

3150 HORTON ROAD

FORT WORTH, TX  76119

817-534-8400

FTW-ExecAssistant@bop.gov

SIA Anderson

3150 HORTON ROAD

FORT WORTH, TX  76119

817-534-8400

FTW-ExecAssistant@bop.gov

SIS Lieutenant Carpenter

3150 HORTON ROAD

FORT WORTH, TX  76119

817-534-8400

FTW-ExecAssistant@bop.gov

Additional Info: I forgot to specify on the form and the form does not let me edit anymore. I do not wish jury trial. I wish to have a bench trial.

Notice: For some mysterious reason, I cannot access the Northern District Court website. I was unable to pull up motion to proceed IFP form. Please send me one by email.





1588-1300
www.epost.kr